ACCEPTED
03-14-00328-CR
4102522
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 9:48:04 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00328-CR

| | | |
|---|---|---|
| **ISREAL REYES, SR.** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 9:48:04 AM
JEFFREY D. KYLE
Clerk

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 1 day to file the accompanying Appellee's brief, and for good cause would show the following:

### I.

A jury found Appellant guilty of Aggravated Assault with a Deadly Weapon and Unlawful Possession of a Firearm on April 2, 2014 in trial court cause number CR2012-427. The Court sentenced him to 10 and 5 years in TDCJ, respectively. Appellant filed his Notice of Appeal on May 20, 2014, with his original brief being due on September 4, 2014. After the Court abated and remanded the appeal for a hearing under Texas Rule of Appellate Procedure 38.8, the trial court appointed Mr. Wetzel as Appellant's counsel on appeal. Appellant's brief was received by the Court on November 10, and it was filed in the Court after reinstatement of the appeal on December 10, 2014. The State's brief was initially due on January 9,

1

2015. After the Court granted the State's first requested extension, its brief was due on February 9, 2015.

II.

Ms. Christine Rankin – the Assistant District Attorney who prosecuted this case at trial – is handling the appeal for the State. Ms. Rankin wished to proofread and make corrections to her brief, as well as incorporate a few suggestions of the office's Chief Felony Prosecutor. In light of the forgoing, the State respectfully requests that the Court grant her a 1-day extension to file the Appellee's Brief, which is filed simultaneously with the instant motion. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 1 day, until February 10, 2015, so that the accompanying brief may be filed with and accepted by the Court. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## <u>CERTIFICATE OF SERVICE</u>

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Second Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant ISREAL REYES, SR.'s attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Ave., Suite 100
Austin, TX 78701
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 10th day of February, 2015.

<u>/s/ Joshua D. Presley</u>
**Joshua D. Presley**